IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GARAMIAH SWEARINGEN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION FILE NO.<br>)  7:24-CV-65-WLS<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, Garamiah Swearingen ("Swearingen"), by and through his undersigned counsel, and voluntarily dismisses his Complaint in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 4th day of October, 2024.

/s/ Tyler B. Kaspers
Tyler B. Kaspers, Ga. Bar No. 445708
THE KASPERS FIRM, LLC
152 New Street, Suite 109B
Macon, GA  31201
404-944-3128
tyler@kaspersfirm.com

Counsel for Plaintiff

SO ORDERED this 9th day of October, 2024

W. Louis Sands, Sr. Judge
United States District Court