IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GARAMIAH SWEARINGEN, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-65 (WLS) |
| | * |
| CARNIVAL CORPORATION, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated October 9, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 10th day of October, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk